Royal JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 38874.

Missouri Court of Appeals,
Western District.

May 26, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.

Joseph H. Locascio, Sp. Public Defender, Daniel C. Miller, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM:

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate convictions of robbery in the first degree, § 569.020, RSMo.1978, and armed criminal action, § 571.015.1, RSMo.1978, and consecutive twenty and five-year terms of imprisonment.

Judgment affirmed. Rule 84.16(b).